# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROSA NICHOLE RENEE JAMES, | ) | Case No. 17-41965-BTF7 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| UNITED STATES TRUSTEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Case No. 18-4168-CAN |
| v. | ) | Case No. 18-mc-09029-SRB |
| | ) | |
| CASTLE LAW OFFICE OF | ) | |
| KANSAS CITY, P.C. and JASON C. | ) | |
| AMERINE | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before this Court is Defendants Castle Law Office of Kansas City, P.C. and Jason C. Amerine's Motion to Withdraw the Reference of the Adversary Case from the Bankruptcy Court. (Doc. #1). For the following reasons, Defendants' motion is denied.

Defendants move to withdraw the reference to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a). (Doc. #1). On November 28, 2018, Chief Bankruptcy Judge Cynthia Norton issued the Report and Recommendation to the District Court on Defendants' Motions to Withdraw the Reference, recommending that this Court deny Defendants' motion. (Doc. #2). The time for filing objections to the report and recommendation has expired, and no objections have been filed.

This Court, having reviewed the motion to withdraw the reference and the report and recommendation, and given the lack of objection by Defendants, is convinced that the

recommendation of the Chief Bankruptcy Judge is correct and should be adopted.  Therefore, this Court adopts the report and recommendation dated November, 28, 2018.  (Doc. #2).  For the reasons set forth in the report and recommendation, the Bankruptcy Court has jurisdiction and authority to hear and determine Plaintiff's complaint and to enter a final judgment on all counts.

Accordingly, it is hereby **ORDERED** that this Court adopts Chief Bankruptcy Judge Cynthia Norton's Report and Recommendation to the District Court on Defendants' Motions to Withdraw the Reference.  (Doc. #2).  It is further **ORDERED** that Defendants' Motion to Withdraw the Reference of the Adversary Case from the Bankruptcy Court, (Doc. #1), is **DENIED**.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: December 14, 2018